502

Submitted August 2, reversed and remanded September 8, 2011

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

CHERYL ANN FOWLER,
*Defendant-Appellant.*

Douglas County Circuit Court
08CR2058FE; A143166

261 P3d 95

Peter Gartlan, Chief Defender, and Erik Blumenthal, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Leigh A. Salmon, Assistant Attorney General, filed the brief for respondent.

Before Brewer, Chief Judge, and Edmonds, Senior Judge.

PER CURIAM